157 A.3d 844

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BRENNAN DOYLE, PLAINTIFF-PETITIONER.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001458–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 844

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROBERT FONTANEZ, DEFENDANT–PETITIONER.

December 05, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001879–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.